# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

J.D.R.L.,

      Petitioner,

    v.

FERETI SEMAIA, *et al.*,

      Respondents.

Case No. 5:26-cv-01330-JWH-PD

**ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

In accordance with the stipulation between the parties, Dkt. No. 17, it is hereby **ORDERED** as follows:

1.    The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, Dkt. No. 1, is **GRANTED**.

2.    Judgment shall be entered consistent with the reasons and findings set forth in this Court's April 6, 2026 order granting in part a preliminary injunction, Dkt. No. 15.

**IT IS SO ORDERED.**

Dated:  ___April 22, 2026___

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

1