JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

J.D.R.L.,

        Petitioner,

    v.

FERETI SEMAIA, *et al.*,

        Respondents.

Case No. 5:26-cv-01330-JWH-PD

**JUDGMENT**

Pursuant to the Order Granting Petition and Entry of Judgment,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petition under 28 U.S.C. § 2241 is **GRANTED**, with no further proceedings, consistent with the reasons and findings set forth in this Court's April 6, 2026, order granting in part a preliminary injunction.  Dkt. No. 15.

**IT IS SO ORDERED.**

Dated:   April 22, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

1